JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IRIZAWA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARUMATSU, INC., a California corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00733-JLS-AGR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1  Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before
2  it, and being fully advised finds as follows:
3  **IT IS ORDERED THAT:**
4  Plaintiff John Irizawa's action against Defendant Marumatsu Inc. is dismissed with
5  prejudice. Each party will be responsible for its own fees and costs.

Dated: May 06, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE